IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENNIS ANDERSON, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) **Case No.: 2:14-cv-04484-RB** |
| TORRES CRREDIT SERVICES, INC., | ) ) ) |
| Defendant | ) ) ) ) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: October 14, 2014

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID No. 57100
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 14th day of October, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

Torres Credit Services, Inc.
27 Fairview St., Ste. 301
Carlisle, PA 17015

/s/ *Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID No. 57100
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff